JANUARY 26, 1970

No. ——. DYMAN *v.* UNITED STATES. C. A. 2d Cir. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Solicitor General Griswold* in opposition.

No. ——. ARAYA-MURCHIO *v.* UNITED STATES. C. A. 2d Cir. Application for reduction of bail pending trial presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Judah Best* for applicant. *Solicitor General Griswold* in opposition.

No. 387. CALIFORNIA *v.* GREEN. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 1001.] Motion of respondent for appointment of counsel granted. It is ordered that *E. Barrett Prettyman, Jr., Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 445. STANDARD INDUSTRIES, INC. *v.* TIGRETT INDUSTRIES, INC., ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 885.] Motion of respondents to remove case from summary calendar denied. *Ralph W. Kalish* on the motion.

No. 944. CARTER ET AL. *v.* WEST FELICIANA PARISH SCHOOL BOARD ET AL.; and

No. 972. SINGLETON ET AL. *v.* JACKSON MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL., *ante,* p. 290. Motion of the Governor of Florida for leave to intervene and to recall judgments denied. *Gerald Mager* on the motion.